No. 99–903.  FLORIDA *v.* ALMEIDA.  Sup. Ct. Fla.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 99–916.  ENRON POWER MARKETING, INC. *v.* NORTHERN STATES POWER CO. ET AL.  C. A. 8th Cir.  Motion of Electricity Consumers Resource Council et al. for leave to file a brief as *amici curiae* granted.  Petitioner's memorandum suggesting mootness and motion to vacate denied.  Certiorari denied.

No. 99–973.  BAKER *v.* JOHN.  Sup. Ct. Alaska.  Motion of Drue Pearce and Brian Porter for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 99–994.  SYSCO FOOD SERVICES OF SAN FRANCISCO, INC. *v.* NORRIS.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–1042.  ZAHRAN ET UX. *v.* SCHMIDT ET AL.  C. A. 7th Cir.  Motion of petitioners to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 99–1137.  METCALF *v.* MARTIN ET AL.  C. A. 6th Cir.  Certiorari denied.  JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 99–1166.  CREWS *v.* DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Motion of petitioner for leave to proceed as a veteran granted.  Certiorari denied.

No. 99–6668.  PROVENZANO *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  In light of the recent amendments to § 922.10 of the Florida Statutes (providing that capital prisoners will be executed by lethal injection unless they affirmatively elect execution by electrocution), and the Florida Supreme Court's recent conclusion that those amendments do not violate Art. X, § 9, of the Florida Constitution, *Sims* v. *State*, 754 So. 2d 657 (2000), certiorari denied.